Filed Nov. 12, 1890.

---

No. 15,312.

HAWKINS ET AL. *v.* McDOUGAL.

PARTITION.—*Tenants in Common of Life-Estate.*—Tenants in common of a life-estate in land may maintain a suit for partition.

From the Martin Circuit Court.

*A. J. Padgett* and *A. Paget,* for appellants.

*J. H. O'Neall, W. R. Gardiner* and *S. H. Taylor,* for appellee.

ELLIOTT, J.—The only question presented by this record is, whether tenants in common of a life-estate in land can maintain a suit for partition.

In equity, and at law, it has always been held that tenants in common of a life-estate in land may have compulsory partition. Freeman Co-Tenancy and Partition, section 455. Our statute has not changed this rule. *Shaw* v. *Beers*, 84 Ind. 528 ; *Swain* v. *Hardin*, 64 Ind. 85 ; *Russell* v. *Russell*, 48 Ind. 456 ; *Longlois* v. *Longlois*, 48 Ind. 60.

Judgment affirmed.

Filed Nov. 12, 1890.